KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

**\*E-FILED ON 11/13/06\***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALERIY ZHURAVLEV, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, DHS, et al., <br><br> Defendants. | No. C 06-6504 HRL <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application.

    Each of the parties shall bear their own costs and fees.

Date: November 9, 2006                              Respectfully submitted,

                                                                KEVIN V. RYAN
                                                                United States Attorney

                                                                 _____/s/_____
                                                                EDWARD A. OLSEN
                                                                Assistant United States Attorney
                                                                Attorneys for Defendants

Stipulation to Dismiss
C 06-6504 HRL

1

2  Date: November 8, 2006                                /s/
                                           MILLIE ANNE M.L. SUMCAD
3                                          Attorney for Plaintiff

4
                            **ORDER**
5
   Pursuant to stipulation, IT IS SO ORDERED.
6

7  Date:   November 13, 2006              _____
                                           HOWARD R. LLOYD
8                                          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 06-6504 HRL